IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARY FRANCES WARREN ) | |
| ) | Case No.: 3:14-bk-03998-PMG |
| Debtor. ) | Chapter 13 |
| _____ ) | |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

COMES NOW the Debtor, MARY FRANCES WARREN, by and through undersigned counsel, and moves pursuant to 11 U.S.C. § 1307(b) for dismissal of this case, which has not been previously converted.

Dated: March 16, 2018          Respectfully submitted,

**s/ Ryan G. Moore**
**Ryan G. Moore** – Florida Bar No. 70038
ryan@beacheslaw.com
**FIRST COAST CONSUMER LAW**
340 Third Avenue South, Suite A
Jacksonville, FL 32250-6767
Tel.: 904-242-7070; Fax 904-242-7054
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a that on March 16, 2018 a copy of the foregoing was sent via the CM/ECF system to all parties registered to receive service via CM/ECF.

/s/ Ryan G. Moore